UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION

                              Plaintiffs,

v.

STEVEN A. NIGRELLI, in his official capacity as Superintendent of the New York State Police, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie,

                              Defendants.

No. 22-cv-00695 (JLS)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Steven A. Nigrelli, sued in his official capacity as Superintendent of the New York State Police, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this matter on November 22, 2022 (ECF No. 49). This appeal is from each and every aspect of that order.

Dated: Buffalo, New York
         November 23, 2022

                                              LETITIA JAMES
                                              Attorney General of the State of New York
                                              Attorney for Defendant Nigrelli

                                              By: */s/ Ryan L. Belka*
                                              Ryan L. Belka
                                              James M. Thompson
                                              Assistant Attorneys General
                                              350 Main Place, Suite 300A
                                              Buffalo, NY 14202
                                              (716) 853-8440
                                              Ryan.Belka@ag.ny.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION

          Plaintiffs,

    v.

STEVEN A. NIGRELLI, in his official capacity as Superintendent of the New York State Police, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie,

          Defendants.

No. 22-cv-00695 (JLS)

  I hereby certify that on November 23, 2022, I electronically filed the **Notice of Appeal** with the Clerk of the District Court using its CM/ECF system.

Dated: Buffalo, New York
    November 23, 2022

              LETITIA JAMES
              Attorney General of the State of New York
              Attorney for Defendant Nigrelli

              By: */s/ Ryan L. Belka*
              Ryan L. Belka
              James M. Thompson
              Assistant Attorneys General
              350 Main Place, Suite 300A
              Buffalo, NY 14202
              (716) 853-8440
              Ryan.Belka@ag.ny.gov

APPEAL,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:22−cv−00695−JLS

| | |
|---|---|
| Christian et al v. Nigrelli et al<br>Assigned to: Hon. John L. Sinatra, Jr.<br>Related Case: 1:22−cv−00771−JLS<br>Cause: 42:1983 Civil Rights Act | Date Filed: 09/13/2022<br>Jury Demand: Defendant<br>Nature of Suit: 950 Constitutional − State Statute<br>Jurisdiction: Federal Question |

**Plaintiff**

**John Boron**　　　　　　　　　　　　　　represented by　**David H. Thompson**
*TERMINATED: 09/29/2022*　　　　　　　　　　　　　　　　Cooper & Kirk, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1523 New Hampshire Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　　　　　　　202−220−9659
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 202−220−9601
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dthompson@cooperkirk.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**John W. Tienken**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cooper & Kirk, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1523 New Hampshire Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　　　　　　　202−220−9643
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jtienken@cooperkirk.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Nicolas J. Rotsko**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phillips Lytle LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　One Canalside
　　　　　　　　　　　　　　　　　　　　　　　　　　　　125 Main Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Buffalo, NY 14203−2887
　　　　　　　　　　　　　　　　　　　　　　　　　　　　716−847−8400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 716−852−6100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: nrotsko@phillipslytle.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Peter A Patterson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cooper & Kirk, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1523 New Hampshire Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　　　　　　　202−220−9670
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 202−220−9601
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brett Christian**　　　　　　　　　　　　represented by　**David H. Thompson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**John W. Tienken**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

|  |  |  |
|---|---|---|
|  |  | *LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Nicolas J. Rotsko**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Peter A Patterson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **Firearms Policy Coalition, Inc.** | represented by | **David H. Thompson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **John W. Tienken**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Nicolas J. Rotsko**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Peter A Patterson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **Second Amendment Foundation** | represented by | **David H. Thompson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **John W. Tienken**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Nicolas J. Rotsko**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Peter A Patterson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.
**Defendant**

| | | |
|---|---|---|
| **Steven A. Nigrelli**<br>*in his official capacity as Superintendent of the New York State Police* | represented by | **James M. Thompson**<br>Office of the New York Attorney General<br>NYC<br>28 Liberty Street<br>14th Floor<br>New York, NY 10005<br>212–416–6556<br>Email: james.thompson@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ryan Lane Belka**<br>NYS Attorney General's Office<br>Main Place Tower<br>Suite 300A<br>350 Main Street<br>Buffalo, NY 14202<br>716.853.8440<br>Fax: 716.853.8571<br>Email: Ryan.Belka@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **John J. Flynn**<br>*in his official capacity as District Attorney for the County of Erie, New York* | represented by | **Kenneth R. Kirby**<br>County of Erie<br>Department of Law<br>95 Franklin Street,<br>Suite 1634<br>Buffalo, NY 14202<br>716–858–2226<br>Fax: 716–858–2281<br>Email: kenneth.kirby@erie.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Everytown for Gun Safety** | represented by | **William James Taylor , Jr.**<br>Everytown Law<br>450 Lexington Ave., #4184<br>New York, NY 10017<br>646–324–8215<br>Email: wtaylor@everytown.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2022 | 1 | COMPLAINT against All Defendants $ 402 receipt number ANYWDC–4673461, filed by SECOND AMENDMENT FOUNDATION, John Boron, FIREARMS POLICY COALITION, INC., Brett Christian. (Attachments: # 1 Exhibit Exhibit A, # 2 Civil Cover Sheet)(Rotsko, Nicolas) (Entered: 09/13/2022) |
| 09/13/2022 | 2 | Original Summons Filed. (Rotsko, Nicolas) (Entered: 09/13/2022) |
| 09/13/2022 | 3 | Original Summons Filed. (Rotsko, Nicolas) (Entered: 09/13/2022) |
| 09/13/2022 | | Case Assigned to Hon. William M. Skretny. Notification to Chambers of on–line civil case opening. (TMK) (Entered: 09/13/2022) |

| | | |
|---|---|---|
| 09/13/2022 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative−dispute−resolution.(TMK) (Entered: 09/13/2022) |
| 09/13/2022 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO−85) is available for download at http://www.uscourts.gov/services−forms/forms. (TMK) (Entered: 09/13/2022) |
| 09/13/2022 | 4 | Summons Issued as to Kevin P. Bruen, John J. Flynn. (TMK) (Entered: 09/13/2022) |
| 09/15/2022 | 5 | TEXT ORDER −− IT HEREBY IS ORDERED, that the Clerk of Court TRANSFER this case to the Honorable John L. Sinatra, Jr., United States District Judge, as a related case to 22−CV−541−JLS, over which he presides. SO ORDERED. Issued by William M. Skretny, United States District Judge on 9/15/2022. (JCM) Clerk to Follow up (Entered: 09/15/2022) |
| 09/15/2022 | | Case Reassigned to Hon. John L. Sinatra, Jr. Hon. William M. Skretny no longer assigned to the case. (TMK) (Entered: 09/15/2022) |
| 09/15/2022 | 6 | NOTICE: All parties are expected to comply with Judge Sinatra's individual requirements set forth in the "Judges' Info" section of the Court's website. Business organization parties should pay particular attention to the tab relating to such parties. (KLH) (Entered: 09/15/2022) |
| 09/16/2022 | 7 | MOTION to appear pro hac vice *Peter A. Patterson* ( Filing fee $ 200 receipt number ANYWDC−4676445.) by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Sponsoring Affidavit, # 2 Petition for Pro Hac of Peter A. Patterson, # 3 Attorny's Oath, # 4 WDNY Civility Principles Oath, # 5 Registration Form)(Rotsko, Nicolas) (Entered: 09/16/2022) |
| 09/16/2022 | 8 | MOTION to appear pro hac vice *David H. Thompson* ( Filing fee $ 200 receipt number ANYWDC−4676465.) by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Sponsoring Affidavit, # 2 Petition for Pro Hac of David H. Thompson, # 3 Attorny's Oath, # 4 WDNY Civility Principles Oath, # 5 Registration Form)(Rotsko, Nicolas) (Entered: 09/16/2022) |
| 09/16/2022 | 9 | MOTION to appear pro hac vice *John W. Tienken* ( Filing fee $ 200 receipt number ANYWDC−4676475.) by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Sponsoring Affidavit, # 2 Petition for Pro Hac of John W. Tienken, # 3 Attorny's Oath, # 4 WDNY Civility Principles Oath, # 5 Registration Form)(Rotsko, Nicolas) (Entered: 09/16/2022) |
| 09/16/2022 | 10 | AFFIDAVIT of Service for Summons & Complaint served on John J. Flynn on 09/16/2022, filed by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 09/16/2022) |
| 09/19/2022 | | ATTENTION CORPORATION PLAINTIFFS/DEFENDANTS: Pursuant to Fed. R. Civ. P.7.1(b) and/or General Order No. 157 In the Matter of Disclosure of Members, Shareholders, Partners, and Leaders of Business Organization Parties, all Corporate Disclosure Statements are to be filed within seven (7) days of this notice. (KM) (Entered: 09/19/2022) |
| 09/19/2022 | 11 | TEXT ORDER granting 7 MOTION to appear pro hac vice. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/19/22. (MEM) Clerk to Follow up (Entered: 09/19/2022) |
| 09/19/2022 | 12 | TEXT ORDER granting 8 Motion to appear pro hac vice. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/19/22. (MEM) Clerk to Follow up (Entered: 09/19/2022) |
| 09/19/2022 | 13 | TEXT ORDER granting 9 Motion to appear pro hac vice. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/19/22. (MEM) |

| | | |
|---|---|---|
| | | Clerk to Follow up (Entered: 09/19/2022) |
| 09/19/2022 | 14 | AFFIDAVIT of Service for Summons and Complaint served on Kevin P. Bruen on 9/16/2022, filed by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 09/19/2022) |
| 09/20/2022 | 15 | Corporate Disclosure Statement by Firearms Policy Coalition, Inc.. (Rotsko, Nicolas) (Entered: 09/20/2022) |
| 09/20/2022 | 16 | Corporate Disclosure Statement by Second Amendment Foundation. (Rotsko, Nicolas) (Entered: 09/20/2022) |
| 09/28/2022 | 17 | NOTICE of Voluntary Dismissal by John Boron (Thompson, David) (Entered: 09/28/2022) |
| 09/28/2022 | 18 | MOTION to Amend/Correct *Case Caption and Short Title* by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Text of Proposed Order)(Thompson, David) (Entered: 09/28/2022) |
| 09/28/2022 | 19 | MOTION for Preliminary Injunction by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A – Local Rule 65 Witness List, # 3 Exhibit B – Complaint, # 4 Exhibit C – Declaration of Brett Christian, # 5 Exhibit D – Declaration of Brandon Combs, # 6 Exhibit E – Declaration of Alan Gottlieb, # 7 Exhibit F – Stickley v. City of Winchester, CL21–206 (Va Cir. Ct. Sept. 27, 2022), # 8 Text of Proposed Order)(Thompson, David) (Entered: 09/28/2022) |
| 09/29/2022 | 20 | TEXT ORDER re 19 Motion for Preliminary Injunction. The parties are ordered to appear for a status conference on October 3, 2022, at 3:30 PM for scheduling purposes. Plaintiffs are ordered to serve their motion papers and this Text Order upon Defendants in accordance with the applicable rule(s) of service such that Defendants are on notice by September 30, 2022. Plaintiffs are to file proof of service by October 3, 2022, at 12:00 PM. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/29/2022. (KLH) (Entered: 09/29/2022) |
| 09/29/2022 | 21 | TEXT ORDER granting 18 Motion Amend/Correct Case Caption and Short Title. The Clerk is directed to amend the caption in this action to be as follows: BRETT CHRISTIAN, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION, Plaintiffs, v. KEVIN P. BRUEN, in his official capacity as Superintendent of the New York State Police, JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie, New York, Defendants. The Clerk is further directed to amend the short title in this action to be as follows: Christian, et al., v. Bruen, et al. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 9/29/2022. (KLH) (Entered: 09/29/2022) |
| 09/29/2022 | 22 | NOTICE of Appearance by Kenneth R. Kirby on behalf of John J. Flynn (Kirby, Kenneth) (Entered: 09/29/2022) |
| 09/29/2022 | 23 | ANSWER to 1 Complaint, *with Jury Demand* by John J. Flynn.(Kirby, Kenneth) (Entered: 09/29/2022) |
| 09/30/2022 | 24 | CERTIFICATE OF SERVICE by John Boron, Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation *re: Status Conference Text Order and motion papers* (Rotsko, Nicolas) (Entered: 09/30/2022) |
| 10/03/2022 | 25 | NOTICE of Appearance by Ryan Lane Belka on behalf of Kevin P. Bruen (Belka, Ryan) (Entered: 10/03/2022) |
| 10/03/2022 | 26 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status Conference held on 10/3/2022 re 19 Plaintiffs' Motion for Preliminary Injunction. Court sets briefing schedule. Defendants' opposition papers due 11/4/2022. Plaintiffs' reply due 11/18/2022. Parties to appear for argument on 11/22/2022 at 2:00 PM. Defendant Bruen's deadline to file an answer or motion to dismiss is extended to 11/4/2022.<br><br>Appearances. For plaintiffs: Nicolas Rotsko. For defendant Flynn: Kenneth Kirby. For defendant Bruen: Ryan Belka. (Court Reporter Bonnie Weber) (KLH) (Entered: 10/03/2022) |

| | | |
|---|---|---|
| 10/07/2022 | 27 | PLAINTIFFS' STATUS REPORT re the TRO issued in *Antonyuk v. Hochul* (NDNY). (Attachments: # 1 Exhibit) (KLH) (Entered: 10/07/2022) |
| 10/18/2022 | 28 | RESPONSE to Motion re 19 MOTION for Preliminary Injunction *Affidavit in Response to Plaintiffs' Motion for a Preliminary Injunction/Temporary Restraining Order* filed by John J. Flynn. (Kirby, Kenneth) (Entered: 10/18/2022) |
| 10/29/2022 | 29 | TEXT ORDER granting 43 motion for leave to file amicus brief. Everytown for Gun Safety may file its proposed brief (Dkt. 45–1) by 10:00 am on Monday, October 31, 2022, but may not present evidence or participate in oral arguments or any hearing. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 10/29/2022. (Entered: 10/29/2022) |
| 10/29/2022 | 30 | TEXT ORDER vacating the Text Order issued at Dkt. 29. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 10/29/22. (MEM) (Entered: 10/29/2022) |
| 11/01/2022 | 31 | MOTION for Leave to File Excess Pages by Steven A. Nigrelli. (Attachments: # 1 Declaration of Ryan L. Belka, Esq.)(Belka, Ryan) (Entered: 11/01/2022) |
| 11/02/2022 | 32 | TEXT ORDER granting 31 Motion for Leave to File Excess Pages. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/2/22. (MEM) (Entered: 11/02/2022) |
| 11/04/2022 | 33 | MEMORANDUM in Opposition re 19 MOTION for Preliminary Injunction filed by Steven A. Nigrelli. (Attachments: # 1 Declaration of Ryan L. Belka, Esq., # 2 Exhibit (s) 1–11 re Private Property, # 3 Exhibit (s) 12–45 re Parks, # 4 Exhibit (s) 46–64 re Parks)(Belka, Ryan) (Entered: 11/04/2022) |
| 11/04/2022 | 34 | CONTINUATION OF EXHIBITS to 33 Memorandum in Opposition to Motion, *Exhibit 65 re Parks*. (Belka, Ryan) (Entered: 11/04/2022) |
| 11/04/2022 | 35 | CONTINUATION OF EXHIBITS to 33 Memorandum in Opposition to Motion, *Exhibits 66–78 re Parks*. (Attachments: # 1 Exhibit (s) re Public Transportation, # 2 Declaration of Dr. Brennan Rivas, PhD with Exhibits A–B, # 3 Declaration of David J. State, Esq.)(Belka, Ryan) (Entered: 11/04/2022) |
| 11/04/2022 | 36 | NOTICE of Appearance by James M. Thompson on behalf of Steven A. Nigrelli (Thompson, James) (Entered: 11/04/2022) |
| 11/07/2022 | 37 | TEXT ORDER: The parties shall appear for a status conference on 11/10/2022 at 1:30 PM regarding the preliminary injunction hearing. Parties may appear in person or by telephone for the status conference. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/7/2022. (KLH) (Entered: 11/07/2022) |
| 11/09/2022 | 38 | MOTION for Leave to File Excess Pages by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Declaration in Support of Motion for Leave to File Excess Pages)(Rotsko, Nicolas) (Entered: 11/09/2022) |
| 11/10/2022 | 39 | TEXT ORDER granting 38 Motion for Leave to File Excess Pages. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/10/22. (MEM) (Entered: 11/10/2022) |
| 11/10/2022 | 40 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status Conference held on 11/10/2022 re the preliminary injunction hearing. Parties advise the Court that a deposition of Mr. Christian is scheduled and, as such, live testimony at the preliminary injunction hearing is not needed. Plaintiffs' reply memorandum is forthcoming. Mr. Belka to notify the court if sur–reply is needed.<br><br>Appearances. For plaintiffs: Nicolas Rotsko and John Tienken (by teleconference). For defendant Nigrelli: Ryan Belka and James Thompson (by teleconference). For defendant Flynn: Kenneth Kirby (by teleconference). (Court Reporter Bonnie Weber) (KLH) (Entered: 11/10/2022) |
| 11/11/2022 | 41 | MOTION for Leave to File *Amicus Brief* by Everytown for Gun Safety.(Taylor, William) (Entered: 11/11/2022) |
| 11/11/2022 | 42 | MEMORANDUM IN SUPPORT re 41 MOTION for Leave to File *Amicus Brief* byEverytown for Gun Safety. (Taylor, William) (Entered: 11/11/2022) |
| 11/11/2022 | 43 | DECLARATION signed by William J. Taylor, Jr. re 41 MOTION for Leave to File *Amicus Brief* filed by Everytown for Gun Safety . (Attachments: # 1 Exhibit A –– |

| | | |
|---|---|---|
| | | Proposed Amicus Brief)(Taylor, William) (Entered: 11/11/2022) |
| 11/12/2022 | 44 | TEXT ORDER granting 41 MOTION for Leave to File Amicus Brief. Everytown for Gun Safety may file its proposed brief (Dkt. 43–1) by Monday, November 14, 2022, but may not present evidence or participate in oral arguments or any hearing. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/12/22. (Entered: 11/12/2022) |
| 11/12/2022 | 45 | MEMORANDUM/BRIEF of Amicus Curiae by Everytown for Gun Safety. (Taylor, William) (Entered: 11/12/2022) |
| 11/18/2022 | 46 | REPLY to Response to Motion re 19 MOTION for Preliminary Injunction filed by Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation. (Attachments: # 1 Declaration of Exhibits in Support of Reply, # 2 Exhibit 1 – 5, # 3 Exhibit 6 – 10, # 4 Exhibit 11 – 15, # 5 Exhibit 16 – 20, # 6 Exhibit 21 – 25, # 7 Exhibit 26 – 30)(Thompson, David) (Entered: 11/18/2022) |
| 11/21/2022 | 47 | REPLY/RESPONSE to re 46 Reply to Response to Motion, 19 MOTION for Preliminary Injunction filed by Steven A. Nigrelli. (Attachments: # 1 Declaration of Ryan L. Belka, Esq. with Exhibit 1 (Transcript of the Deposition of Brett Christian dated November 16, 2022))(Belka, Ryan) (Entered: 11/21/2022) |
| 11/22/2022 | 48 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Oral Argument held on 11/22/2022 re Plaintiffs' 19 motion for preliminary injunction. Court requests supplemental briefing from the parties specific to irreparable harm as to public parks and transportation. Submissions due 12/2/2022. Court reserves decision on that part of the motion. Written decision on the remaining parts of motion to follow.<br><br>Appearances. For plaintiffs: John Tienken, Pete Patterson, and Nicolas Rotsko. For defendant Nigrelli: Ryan Belka. For defendant Flynn: Kenneth Kirby. (Court Reporter Bonnie Weber)(KLH) (Entered: 11/22/2022) |
| 11/22/2022 | 49 | DECISION AND ORDER granting Plaintiffs' motion for a preliminary injunction: Defendants and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this preliminary injunction, are enjoined, effective immediately, from enforcing all of N.Y. Pen. L. § 265.01–d with respect to private property open to the public, and their regulations, policies, and practices implementing it; this preliminary injunction shall remain in effect pending disposition of the case on the merits; and no bond shall be required. The portions of Plaintiffs' motion addressing public parks and public transportation will be addressed in a subsequent decision. Signed by Hon. John L. Sinatra, Jr. on 11/22/2022.<br><br>Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf of this document for reference. (KLH) (Entered: 11/22/2022) |
| 11/23/2022 | 50 | NOTICE OF APPEAL as to 49 Order,,, by Steven A. Nigrelli. Filing fee $ 505, receipt number ANYWDC–4731684. (Belka, Ryan) (Entered: 11/23/2022) |
| 11/23/2022 | 51 | DESIGNATION of Record on Appeal by Steven A. Nigrelli re 50 Notice of Appeal CLERK TO FOLLOW UP (Belka, Ryan) (Entered: 11/23/2022) |