# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Christian v. Nigrelli     **Docket No.:** 22-2987

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Ashwin P. Phatak

**Firm:** Office of the Attorney General for the District of Columbia

**Address:** 400 6th Street, NW, Suite 8100

**Telephone:** 202-442-9807     **Fax:**

**E-mail:** ashwin.phatak@dc.gov

**Appearance for:** District of Columbia / Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-Appellant )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Ashwin P. Phatak

**Type or Print Name:** Ashwin P. Phatak