# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Christian v. Nigrelli    Docket No.: 22-2987

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Janet Carter

Firm: Everytown Law

Address: 450 Lexington Avenue, P.O. Box 4184, New York, NY 10017

Telephone: (646) 324-8174    Fax:

E-mail: jcarter@everytown.org

Appearance for: Everytown for Gun Safety
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-appellant Nigrelli )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 10, 2021    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Janet Carter

Type or Print Name: Janet Carter