# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Christian v. Chiumento | USCA DOCKET NUMBER:<br>22-2987 | COUNSEL'S NAME:<br>Peter A. Patterson |
| | DISTRICT/AGENCY:<br>Western District of New York | COUNSEL'S ADDRESS:<br>1523 New Hampshire Ave., NW<br>Washington, DC 20036 |
| | DISTRICT/AGENCY NUMBER:<br>22-cv-695 | DATE:<br>12/22/2023 |

Counsel for Brett Christian, Firearms Policy Coalition, Inc., and Second Amendment Foundation respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the

Defendant-Appellant

and in favor of

Plaintiffs-Appellees

for insertion in the mandate.

Docketing Fee ........................................................................... $505.00

Costs of printing appendix (necessary copies N/A ) N/A

Costs of printing brief (necessary copies 6 (see attached addendum) ) $850.80

Costs of printing reply brief (necessary copies N/A ) N/A


(VERIFICATION HERE)

District of Columbia
Signed and sworn to (or affirmed) before me
on 12/22/23 by PETER A. PATERSON
   Date          Name(s) of Individual(s) making Statement

Signature of Notarial Officer

Title of Office: NOTARY PUBLIC

My commission expires: 06/14/2027

Signature

Rev. April, 2011

## ADDENDUM

| # of pages | cost per page | cost per cover | # of covers | cost per binding | # of bindings | TOTAL (per brief) | # of brief copies | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 0.20 | 125.00 |  | 5.00 |  |  |  |  |
| 59 | 11.80 | 125.00 | 1 | 5.00 | 1 | 141.80 | 6 | **850.8** |