# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-three.

Before:     Dennis Jacobs,
            Gerard E. Lynch,
            Eunice C. Lee,
                 *Circuit Judges.*

———————————————————————

Brett Christian, Firearms Policy Coalition, Inc.,
Second Amendment Foundation, Inc.,

   Plaintiffs - Appellees,

John Brown,

   Plaintiff,

v.

Dominic L. Chiumento, in his official capacity as
the Acting Superintendent of the New York State
Police,

   Defendant - Appellant,

v.

John J. Flynn, in his official capacity as District
Attorney for the County of Erie, New York,

   Defendant-Appellee.

———————————————————————

**JUDGMENT**

Docket No. 22-2987

The appeal in the above captioned case from an order of the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the preliminary injunction enjoining enforcement of § 265.01-d with respect to private property open to the public is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit