# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand twenty-four.

Before:     Dennis Jacobs,
                 Gerard E. Lynch,
                 Eunice C. Lee,
                      *Circuit Judges*.

_____

Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation, Inc.,

          Plaintiffs - Appellees,

v.

Steven G. James, in his official capacity as Superintendent of the New York State Police,

          Defendant - Appellant,

v.

Michael J. Kean, in his official capacity of Acting District Attorney for the County of Erie, New York

          Defendant-Appellee.

**STATEMENT OF COSTS**

Docket No. 22-2987

_____

      IT IS HEREBY ORDERED that costs are taxed in the amount of $225.80 in favor of Appellees Brett Christian, Firearms Policy Coalition, Inc. and Second Amendment Foundation, Inc.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/02/2024